■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN C. COLLIER, Appellant. [961 NYS2d 803]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Efman, J.), rendered January 23, 2012, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Dickerson, Leventhal and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN GATEWOOD, Appellant. [961 NYS2d 808]—Appeal by the defendant pursuant to CPL 450.10 (5) from an order of the County Court, Dutchess County (Hayes, J.), dated August 18, 2010, which denied, without a hearing, his postconviction motion pursuant to CPL 440.30 (1-a) for DNA testing.

Ordered that the order is affirmed.

The County Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had DNA tests been performed (*see* CPL 440.30 [1-a]; *People v Weay*, 54 AD3d 695 [2008]). Rivera, J.P., Dickerson, Leventhal and Hinds-Radix, JJ., concur.